COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| IN RE: GUY KENERSON, | | |
| | § | No. 08-10-00054-CR |
| Relator. | | |
| | § | AN ORIGINAL PROCEEDING |
| | § | IN MANDAMUS |
| | § | |
| | § | |

**<u>MEMORANDUM OPINION ON PETITION FOR WRIT OF MANDAMUS</u>**

Guy Kenerson, *pro se*, has filed a petition for writ of mandamus requesting this Court compel the Clerk of Court for the Criminal District Court No. 1, of El Paso County to respond to his applications for writs of mandamus, and to, "transmit copies of the warrants and affidavits pertaining to Relator's arrest . . . ."

This Court does not have authority to issue a writ of mandamus against the Respondent in this case. *See* TEX. GOV'T CODE ANN. § 22.221(b)(Vernon 2004). Therefore, the mandamus relief requested is denied.

GUADALUPE RIVERA, Justice

March 10, 2010

Before Chew, C.J., McClure, and Rivera, JJ.

(Do Not Publish)